UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKODEM KUZNIK,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIS TOWERS WATSON PUBLIC LIMITED COMPANY; ANNA C. CATALANO; VICTOR F. GANZI; JOHN J. HALEY; WENDY E. LANE; BRENDAN R. O'NEILL; JAYMIN B. PATEL; LINDA D. RABBITT; PAUL D. THOMAS; and WILHELM ZELLER,<br><br>  Defendants. | Case No.: 3:20-cv-01097-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 8] |

The Court has considered Plaintiff Nikodem Kuznik ("Plaintiff") and Defendants Willis Towers Watson Public Limited Company, Anna C. Catalano, Victor F. Ganzi, John J. Haley, Wendy E. Lane, Brendan R. O'Neill, Jaymin B. Patel, Linda D. Rabbitt, Paul D. Thomas, and Wilhelm Zeller's (collectively "Defendants") joint motion to extend time to respond to the initial Complaint. For good cause shown, the Motion is **GRANTED**. The Defendants shall have until September 18, 2020, to file their Answer or otherwise respond to the Complaint. No further continuances will be granted without just cause.

**IT IS SO ORDERED.**

Dated: August 17, 2020

_____
**HON. ROGER T. BENITEZ**
United States District Judge